UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-mc-00023-SVW-AYP                     Date: April 8, 2026

Title   Pavement Technology, Inc. v. Total Asphalt Maintenance, et al.

Present: The Honorable:   Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:  ( In Chambers)  ORDER TO SHOW CAUSE RE NON-PARTY TRICOR REFINING, LLC'S MOTION TO QUASH OR MODIFY SUBPOENA (DKT. NO. 1)**

Before the Court is Non-Party Tricor Refining, LLC's ("Petitioner") Notice of Motion and Motion to Quash or Modify Subpoena ("Motion"). (Dkt. No. 1.)

Good cause appearing, the court hereby sets an Order to Show Cause ("OSC") why the Subpoena to Non-Party Tricor Refining, LLC ("Petitioner") should not be quashed.

IT IS FURTHER ORDERED that Petitioner serve all the parties in the matter of *Pavement Technology Inc. v. Total Asphalt Maintenance, Inc. and Greenway Asphalt LLC*, No. 5:25-cv-00674 (N.D. Ohio April 4, 2025) the Notice of Motion and Motion to Quash along with this Order within fifteen (15) days of this Order.  The Court further sets the following briefing schedule:

1.  Response to the OSC is due by May 26, 2026.
2.  Petitioner's Reply brief is due by June 9, 2026.
3.  Unless otherwise ordered, the court will take the Motion under submission without oral argument as of the date the reply is due.

**IT IS SO ORDERED.**

                                                                                     :

                                                **Initials of Preparer**   mp

CV-90 (03/15)                     Civil Minutes – General                     Page **1** of **1**