**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CALIFORNIA 92626
TEL 714-839-3800 • FAX 714-795-2995

In Re Subpoena of,

TRICOR REFINING, LLC,

    Non-Party Subpoena Respondent

Underlying Matter

PAVEMENT TECHNOLOGY, INC.,

    Plaintiff

    vs.

TOTAL ASPHALT MAINTENANCE, INC., *et al.,*

    Defendants

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: 2:26-mc-00023-SVW-AYP**

[Underlying Case No.: 5:25-cv-00674-JRA (N.D. Ohio 2025)]

**~~(PROPOSED)~~ ORDER RE: NON-PARTY TRICOR REFINING, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH OR MODIFY SUBPOENA WITHOUT PREJUDICE AND REQUEST TO DISMISS MISCELLANEOUS CIVIL ACTION WITHOUT PREJUDICE**

- 1 -
~~(PROPOSED)~~ ORDER

The Court, having reviewed the Non-Party Tricor Refining, LLC's notice of withdrawal of its motion to quash subpoena filed on March 5, 2026 (the "Motion") and its request for dismissal of this action without prejudice, and good cause appearing, hereby ORDERS as follows:

    1)    The Motion is withdrawn without prejudice; and

    2)    This miscellaneous civil action is hereby dismissed without prejudice as of the date of this Order.

DATED: April 23, 2026

_____
HON. STEPHEN V. WILSON
US DISTRICT JUDGE

FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CALIFORNIA 92626
TEL 714-839-3800 • FAX 714-795-2995